UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 05CR1349-LAB |
| Plaintiff, | ) | |
| | ) | ORDER AND JUDGMENT TO DISMISS |
| v. | ) | INFORMATION WITHOUT |
| | ) | PREJUDICE AND TO RECALL |
| JESUS HECTOR VILLARINO, | ) | ARREST WARRANT |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the motion of the United States, and for good cause appearing,

IT IS HEREBY ORDERED that the United States' motion is granted and the Information at case number 05CR1349-LAB is dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrant is recalled.

SO ORDERED.

DATED: February 7, 2013

**HONORABLE LARRY ALAN BURNS**
United States District Judge